NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644

PATRICK A. ROSE
Assistant United States Attorney
Nevada Bar No. 5109
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Patrick.Rose@usdoj.gov

*Attorneys for Respondents*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Hassan Nassiri,<br><br>　　　Petitioner,<br><br>　　　v.<br><br>Chad F. Wolf, in his official capacity as Acting Secretary of Homeland Security, *et al*.<br><br>　　　Respondents. | Case No: 2:20-cv-00194-APG-NJK<br><br>**Stipulation and Order**<br><br>**(First Request)** |

　　　Petitioner and Respondents, through undersigned counsel, stipulate and request that the Court approve a 30-day extension of time, from April 6, 2020 to May 6, 2020, for Respondents to file a response to the Petition, ECF No. 1. This is the first request for an extension of time.

　　　Federal Rule of Civil Procedure 6(b)(1) and Local Rule IA 6-1 allow a party to request additional time to perform an act. Respondent's counsel has not yet received Petitioner's A-File. Such file materials would be helpful, if not necessary, in responding to the allegations in the Petition. Even so, the parties have had preliminary discussions about resolving this matter. This requested extension will provide additional time to continue

such discussions, possibly obviating the need for Respondents to prepare and file a formal response to the Petition. Accordingly, the parties request a 30-day extension of time, from April 6, 2020 to May 6, 2020, for Respondents to file a response to the Petition, ECF No. 1. This stipulated request is filed in good faith and not for the purposes of undue delay.

Respectfully submitted this 2nd day of April 2020.

| REZA ATHARI & ASSOCIATES | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
| /s/ Luther Snavely<br>LUTHER SNAVELY, ESQ.<br>Nevada Bar No. 5507<br>3365 Pepper Lane, Suite 102<br>Las Vegas, Nevada 89120<br><br>*Attorney for Petitioner* | /s/ Patrick Rose<br>PATRICK A. ROSE<br>Assistant United States Attorney<br><br>*Attorneys for Respondents* |

**IT IS SO ORDERED:**

_____
~~**UNITED STATES DISTRICT JUDGE**~~
**UNITED STATES MAGISTRATE JUDGE**

DATED: April 3, 2020