NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644

PATRICK A. ROSE
Assistant United States Attorney
Nevada Bar No. 5109
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Patrick.Rose@usdoj.gov

*Attorneys for Respondents*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Hassan Nassiri,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>Chad F. Wolf, in his official capacity as Acting Secretary of Homeland Security, *et al*.<br><br>　　　　Respondents. | Case No: 2:20-cv-00194-APG-NJK<br><br>**Stipulation and Order** |

　　WHEREAS,

　　Petitioner commenced this proceeding to request that the Court reopen Petitioner's naturalization and issue or order the issuance of an amended Certificate of Naturalization with a corrected date of birth; and

　　Respondents' position is that factual circumstances and applicable regulations precluded Respondents' U.S. Citizen and Immigration Services from changing Petitioner's date of birth, but Respondents do not object to Petitioner's request for an order from the Court directing such change in date of birth;

NOW THEREFORE, Petitioner and Respondents, through undersigned counsel, stipulate to, and request that the Court, by signing below, direct Respondents' U.S. Citizen and Immigration Services to issue to Petitioner an amended certificate of naturalization that contains and reflects Petitioner's date of birth as March 17, 1947.

Upon the issuance of such amended certificate of naturalization, the parties shall prompty file a stipulation and order for dismissal, each party to bear its own costs and attorneys' fees.

In the meantime, the due date for Respondents to otherwise file a response to the Petition (ECF No. 1) is extended by 60 days from May 6, 2020 to July 6, 2020.

Respectfully submitted this 21st day of April 2020.

| REZA ATHARI & ASSOCIATES | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
| /s/ Luther Snavely<br>LUTHER SNAVELY, ESQ.<br>Nevada Bar No. 5507<br>3365 Pepper Lane, Suite 102<br>Las Vegas, Nevada 89120<br><br>*Attorney for Petitioner* | /s/ Patrick Rose<br>PATRICK A. ROSE<br>Assistant United States Attorney<br><br>*Attorneys for Respondents* |

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

DATED: 4/21/2020