NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644

PATRICK A. ROSE
Assistant United States Attorney
Nevada Bar No. 5109
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Patrick.Rose@usdoj.gov

*Attorneys for Respondents*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Hassan Nassiri,<br><br>Petitioner,<br><br>v.<br><br>Chad F. Wolf, in his official capacity as Acting Secretary of Homeland Security, *et al*.<br><br>Respondents. | Case No: 2:20-cv-00194-APG-NJK<br><br>**Stipulation and Order**<br><br>**(Third Request)** |

Petitioner and Respondents, through undersigned counsel, stipulate and request that the Court approve a 45-day extension of time, from July 6, 2020, to August 20, 2020, for Respondents to file a response to the Petition, ECF No. 1. This is the third request for an extension of time. *See* ECF Nos. 6, 8.

Federal Rule of Civil Procedure 6(b)(1) and Local Rule IA 6-1 allow a party to request additional time to perform an act. The second extension of time was granted in connection with an effort to resolve this matter. *See* ECF No. 8. Those resolution efforts and the current status are set forth below.

Following entry of the previous stipulation and order, ECF No. 8, Petitioner submitted to Respondents' U.S. Citizen and Immigration Services (USCIS) an application (N-565) for replacement of a Naturalization Certificate. USCIS has experienced delays, particularly as to biometrics, due to closures of Application Support Centers. Petitioner's application cleared biometrics recently. However, Petitioner's application also indicated a change in marital status, so USCIS recently issued Petitioner a request for additional information and documentation about that change, as well for recent photo identification. Petitioner is working with his counsel to provide the requested information and documentation.

Based on these circumstances, the parties request an additional 45-day extension of time, from July 6, 2020, to August 20, 2020, for Respondents to file a response to the Petition, ECF No. 1. This stipulated request is filed in good faith and not for the purposes of undue delay.

Respectfully submitted this 6th day of July 2020.

| REZA ATHARI & ASSOCIATES | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
| */s/ Luther Snavely*<br>LUTHER SNAVELY, ESQ.<br>Nevada Bar No. 5507<br>3365 Pepper Lane, Suite 102<br>Las Vegas, Nevada 89120<br><br>*Attorney for Petitioner* | */s/ Patrick Rose*<br>PATRICK A. ROSE<br>Assistant United States Attorney<br><br>*Attorneys for Respondents* |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED:  July 7, 2020