NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644

PATRICK A. ROSE
Assistant United States Attorney
Nevada Bar No. 5109
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Patrick.Rose@usdoj.gov

*Attorneys for Respondents*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Hassan Nassiri,<br><br>　　　Petitioner,<br><br>　　v.<br><br>Chad F. Wolf, in his official capacity as Acting Secretary of Homeland Security, *et al*.<br><br>　　　Respondents. | Case No: 2:20-cv-00194-APG-NJK<br><br>**Stipulation and Order**<br><br>**(Fourth Request)** |

　　　Petitioner and Respondents, through undersigned counsel, stipulate and request that the Court approve a 45-day extension of time, August 20, 2020, to October 5, 2020, for Respondents to file a response to the Petition, ECF No. 1. This is the fourth request for an extension of time. *See* ECF Nos. 6, 8, 10.

　　　Federal Rule of Civil Procedure 6(b)(1) and Local Rule IA 6-1 allow a party to request additional time to perform an act. The second and third extension of time were granted in connection with an effort to resolve this matter. *See* ECF Nos. 8, 10. Those resolution efforts and the current status are set forth below.

Following entry of a previous stipulation and order, ECF No. 8, Petitioner submitted to Respondents' U.S. Citizen and Immigration Services (USCIS) an application (N-565) for replacement of a Naturalization Certificate. USCIS has experienced delays, particularly as to biometrics, due to closures of Application Support Centers. Petitioner's application cleared biometrics. However, Petitioner's application also indicated a change in marital status, so USCIS issued Petitioner a request for additional information and documentation about that change, as well for recent photo identification. Petitioner was working with his counsel to provide the requested information and documentation as of the filing of the last stipulation and order for extension, ECF No. 10.

It took Petitioner and his counsel several weeks to obtain and provide to USCIS the requested information and documents. In particular, it took a while for Petitioner to obtain from the local family court a copy of a divorce decree. On August 14, 2020, Petitioner's counsel mailed to the USCIS Nebraska Service Center a packet, which Petitioner believes contains the requested information and records.

Accordingly, the parties respectfully request this extension to allow the USCIS Nebraska Service Center time to review and process Petitioner's N-565 application and recent submission of additional materials. Therefore, the parties respectfully request an additional 45-day extension of time from August 20, 2020 to October 5, 2020, for Respondents to file a response to the Petition (or a stipulation for dismissal).

This stipulated request is filed in good faith and in further effort to resolve the matter; it is not submitted for purposes of delay.

Respectfully submitted this 20th day of August 2020.

| REZA ATHARI & ASSOCIATES | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
| /s/ Luther Snavely<br>LUTHER SNAVELY, ESQ.<br>Nevada Bar No. 5507<br>3365 Pepper Lane, Suite 102<br>Las Vegas, Nevada 89120<br><br>*Attorney for Petitioner* | /s/ Patrick Rose<br>PATRICK A. ROSE<br>Assistant United States Attorney<br><br>*Attorneys for Respondents* |

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**
**UNITED STATES MAGISTRATE JUDGE**

DATED:  August 20, 2020